NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BYRON M. BARR,                                     )
                                                   )
            Appellant,                             )
                                                   )
v.                                                 )      Case No. 2D18-178
                                                   )
TOWNE PARK ESTATES                                 )
HOMEOWNERS ASSOCIATION, INC.,                      )
a Florida not-for-profit corporation,             )
                                                   )
            Appellee.                              )
_____ )

Opinion filed December 7, 2018.

Appeal from the Circuit Court for Polk
County; Andrea Teves Smith, Judge.

Byron M. Barr, pro se.

David Maldonado of The Maldonado Law
Firm, P.A., Lakeland, for Appellee.


PER CURIAM.


            Affirmed.


SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.